Gary R. Selvin, State Bar No. 112030
Mark E. Inbody, State Bar No. 180862
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-mail: gselvin@selvinwraith.com
        minbody@selvinwraith.com

Attorneys for Plaintiff
Atlantic Mutual Insurance Company

ORIGINAL FILED
DEC 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10, <br><br> Defendants. | CASE NO.: <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** <br><br> [LOCAL RULE 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies are subsidiaries of Atlantic Mutual Insurance Company:

   Atlantic Companies Holding Corporation

   Centennial Insurance Company

   Atlantic Specialty Insurance Company

---
1
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS                                    CASE NO.:

1  Atlantic Lloyd's Insurance Company of Texas
2  Atlantic Risk Services, Inc.
3  Atlantic Mutual of Bermuda Limited
4  Atlantic Mutual International Limited
5
6  Dated: December 14, 2007                SELVIN WRAITH HALMAN LLP
7
8                                          By: _____
                                               Gary R. Selvin
9                                              Mark E. Inbody
                                               Attorneys for Plaintiff
10                                             Atlantic Mutual Insurance Company
11  47232.doc
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[LOCAL RULE 3-16]                    2                              CASE NO.: