01/29/2008 07:34 FAX 9259473480     ONE HOUR DELIVERY                              ☒002/002

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1/14/08  4:20 PM |
| NAME OF SERVER (PRINT) MICHAEL WEEKER | TITLE REGISTERED CALIFORNIA PROCESS SERVER SANTA CLARA COUNTY #617 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ADVANCED MICROTHERM, INC.
KELLY NOBLE, ACCOUNTING MANAGER 1650 LAS PLUMAS AVENUE, STE H
SAN JOSE, CA 95133

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $79.20 | TOTAL $79.20 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

Signature of Server
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

Address of Server
(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney: <br> MARK E. INBODY ESQ, Bar #180862 <br> SELVIN WRAITH HALMAN <br> 505 14TH STREET, STE 1200 <br> Oakland, CA 94612 <br> Telephone No: 510-874-1811    FAX No: 510-465-8976 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No. or File No.: 0103-1262 | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | |
| Plaintiff: ATLANTIC MUTUAL INSURANCE COMPANY <br> Defendant: NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION | |

| PROOF OF SERVICE <br> SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0706365HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Certificate Of Interested Entities Or Persons, Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order Re: Initial Case Management And Discovery Disputes, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Standing Order Regarding Case Management In Civil Cases, Notice Of Assignment Of Case To A United States Magistrate Judge, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Ecf Registration Information Handbook, Court Guidelines, Schedules

3. a. Party served:            ADVANCE MICROTHERM, INC.
   b. Person served:           KELLY NOBLE, ACCOUNTING MANAGER

4. Address where the party was served:    1650 LAS PLUMAS AVENUE
                                           SUITE H
                                           SAN JOSE, CA 95133

5. I served the party:
   b. by substituted service. On: Mon., Jan. 14, 2008 at: 4:20PM by leaving the copies with or in the presence of:
      KELLY NOBLE, ACCOUNTING MANAGER
      (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

7. Person Who Served Papers:                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL WEEKER                         d. The Fee for Service was:    $79.20


1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:    #617
      (iii) County:             SANTA CLARA

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Jan. 15, 2008

                                                                          (MICHAEL WEEKER)

Judicial Council Form            PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUM-CIVI/CASE & COMP                        selvmi.9954

| *Attorney or Party without Attorney:*<br>MARK E. INBODY ESQ, Bar #180862<br>SELVIN WRAITH HALMAN<br>505 14TH STREET, STE 1200<br>Oakland, CA 94612 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Telephone No:* 510-874-1811     *FAX No:* 510-465-8976 | | | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>0103-1262 | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | | | |
| *Plaintiff:* ATLANTIC MUTUAL INSURANCE COMPANY | | | | |
| *Defendant:* NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0706365HRL |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint, Certificate Of Interested Entities Or Persons, Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order Re: Initial Case Management And Discovery Disputes, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Standing Order Regarding Case Management In Civil Cases, Notice Of Assignment Of Case To A United States Magistrate Judge, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Ecf Registration Information Handbook, Court Guidelines, Schedules

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Thu., Jan. 24, 2008
   b. Place of Mailing:       Walnut Creek, CA 94595
   c. Addressed as follows:   ADVANCE MICROTHERM, INC.
                              1650 LAS PLUMAS AVENUE
                              SUITE H
                              SAN JOSE, CA 95133
                              ATTN: JOHN KARAMANOS, OWNER

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jan. 24, 2008 in the ordinary course of business.

5. *Person Serving:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THERESA PERRY                                         d. *The Fee for Service was:*    $79.20
   b. One Hour Delivery Service                             e. I am: (3) registered California process server
      1280 Boulevard Way #205                                  (i)    Employee
      Walnut Creek, CA 94595                                   (ii)   Registration No.:     641
   c. .925-947-1100, FAX 925-947-3480                          (iii)  County:               CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Jan. 15, 2008

                                                                      *Theresa Perry*
                                                                      (THERESA PERRY)

Judicial Council Form                   PROOF OF SERVICE                                    selvmi.9954
Rule 2.150.(a)&(b) Rev January 1, 2007     By Mail