| Attorney or Party without Attorney:<br>MARK E. INBODY ESQ, Bar #180862<br>SELVIN WRAITH HALMAN<br>505 14TH STREET, STE 1200<br>Oakland, CA 94612<br>Telephone No: 510-874-1811   FAX No: 510-465-8976 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>0103-1262 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: ATLANTIC MUTUAL INSURANCE COMPANY | | | | |
| Defendant: NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUM-CIVI/CASE & COMP** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0706365HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Certificate Of Interested Entities Or Persons, Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order Re: Initial Case Management And Discovery Disputes, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Standing Order Regarding Case Management In Civil Cases, Notice Of Assignment Of Case To A United States Magistrate Judge, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Ecf Registration Information Handbook, Court Guidelines, Schedules

3. a. Party served:                    HVAC SALES, INC.
   b. Person served:                   KELLY NOBLE, ACCOUNTING MANAGER

4. Address where the party was served: 1650 LAS PLUMAS AVENUE, UNIT H
                                       SAN JOSE, CA 95133

5. I served the party:
   b. by substituted service. On: Wed., Jan. 02, 2008 at: 2:00PM by leaving the copies with or in the presence of:
   KELLY NOBLE, ACCOUNTING MANAGER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL KANDEFER                   d. The Fee for Service was: $219.20
   
   1280 BOULEVARD WAY #205               e. I am: (3) registered California process server
   WALNUT CREEK, CA 94595                    (i)   Owner
   (925) 947-3470                            (ii)  Registration No.:   1156
   FAX (925) 947-3480                        (iii) County:             SANTA CLARA
   WWW.ONEHOUR.NET

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jan. 03, 2008

                                                                    (MICHAEL KANDEFER)

Judicial Council Form                    PROOF OF SERVICE                              selvmi.9655
Rule 2.150.(a)&(b) Rev January 1, 2007   SUM-CIVI/CASE & COMP

| *Attorney or Party without Attorney:* <br> MARK E. INBODY ESQ, Bar #180862 <br> SELVIN WRAITH HALMAN <br> 505 14TH STREET, STE 1200 <br> Oakland, CA 94612 <br> *Telephone No:* 510-874-1811   *FAX No:* 510-465-8976 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:* 0103-1262 |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Northern District Of California | |
| *Plaintiff:* ATLANTIC MUTUAL INSURANCE COMPANY | |
| *Defendant:* NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION | |

| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C0706365HRL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint, Certificate Of Interested Entities Or Persons, Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order Re: Initial Case Management And Discovery Disputes, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Standing Order Regarding Case Management In Civil Cases, Notice Of Assignment Of Case To A United States Magistrate Judge, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Ecf Registration Information Handbook, Court Guidelines, Schedules

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:              Thu., Jan. 03, 2008
   b. Place of Mailing:             Walnut Creek, CA 94595
   c. Addressed as follows:         HVAC SALES, INC.
                                    1650 LAS PLUMAS AVENUE, UNIT H
                                    SAN JOSE, CA 95133

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jan. 03, 2008 in the ordinary course of business.

5. *Person Serving:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THERESA PERRY                           d. *The Fee for Service was:*   $219.20
   b. One Hour Delivery Service               e. I am: (3) registered California process server
      1280 Boulevard Way #205                    (i)   Employee
      Walnut Creek, CA 94595                     (ii)  Registration No.:   641
   c. .925-947-1100, FAX 925-947-3480            (iii) County:             CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Jan. 03, 2008

   Judicial Council Form                    PROOF OF SERVICE                    *(THERESA PERRY)*
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                              *selvmi.9655*