%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] SEE ATTACHED LIST | DATE 12/27/07 | 10:50 AM |
| NAME OF SERVER (PRINT) GERARDO VILLANUEVA YSIP | TITLE REGISTERED CALIFORNIA PROCESS SERVER/ SAN MATEO COUNTY #375 | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: RICHARD LEAO, BY SERVING JEANNIE NEILD, HUMAN RESOURCE MANAGER, 99 SOUTH HILL DRIVE, STE A, BRISBANE, CA 94005

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $ 105.00 | TOTAL $ 105.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/3/08
      Date

*Signature of Server*
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595
*Address of Server*
(925) 947-3470

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MARK E. INBODY ESQ, Bar #180862<br>SELVIN WRAITH HALMAN<br>505 14TH STREET, STE 1200<br>Oakland, CA 94612 | | |
| Telephone No: 510-874-1811   FAX No: 510-465-8976 | Ref. No or File No.:<br>0103-1262 | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court, Northern District Of California | | |
| Plaintiff: ATLANTIC MUTUAL INSURANCE COMPANY | | |
| Defendant: NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date:  Time:  Dept/Div: | Case Number:<br>C0706365HRL |

1. I, GERARDO VILLANUEVA YSIP, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RICHARD LEAO as follows:

2. Documents: Summons In A Civil Case And Complaint, Certificate Of Interested Entities Or Persons, Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order Re: Initial Case Management And Discovery Disputes, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Standing Order Regarding Case Management In Civil Cases, Notice Of Assignment Of Case To A United States Magistrate Judge, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Ecf Registration Information Handbook, Court Guidelines, Schedules.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 12/24/07 | 11:50am | Business | THE BUSINESS WAS CLOSED AT THIS TIME.; Attempt made by: GERARDO VILLANUEVA YSIP. Attempt at: 99 SOUTH HILL DRIVE, STE A Brisbane CA 94005. |
| Wed | 12/26/07 | 11:53am | Business | THE SUBJECT WAS NOT IN AT THIS TIME.; Attempt made by: GERARDO VILLANUEVA YSIP. Attempt at: 99 SOUTH HILL DRIVE, STE A Brisbane CA 94005. |
| Thu | 12/27/07 | 10:50am | Business | Substituted Service on: RICHARD LEAO Business - 99 SOUTH HILL DRIVE, STE A Brisbane, CA. 94005 by Serving: JEANNIE NEILD, HUMAN RESOURCE MANAGER a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: GERARDO VILLANUEVA YSIP |

3. Person Executing
   a. GERARDO VILLANUEVA YSIP
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. 925-947-1100, FAX 925-947-3480

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $105.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 375
      (iii) County: SAN MATEO

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

GERARDO VILLANUEVA YSIP

| Attorney or Party without Attorney: <br> MARK E. INBODY ESQ, Bar #180862 <br> SELVIN WRAITH HALMAN <br> 505 14TH STREET, STE 1200 <br> Oakland, CA 94612 <br> Telephone No: 510-874-1811    FAX No: 510-465-8976 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No or File No.: 0103-1262 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: ATLANTIC MUTUAL INSURANCE COMPANY
Defendant: NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION

| PROOF OF SERVICE <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0706365HRL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint , Certificate Of Interested Entities Or Persons, Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order Re: Initial Case Management And Discovery Disputes, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Standing Order Regarding Case Management In Civil Cases, Notice Of Assignment Of Case To A United States Magistrate Judge, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Ecf Registration Information Handbook, Court Guidelines, Schedules

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Fri., Dec. 28, 2007
   b. Place of Mailing:       Walnut Creek, CA 94595
   c. Addressed as follows:   RICHARD LEAO
                              99 SOUTH HILL DRIVE, STE A
                              Brisbane, CA 94005

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Dec. 28, 2007 in the ordinary course of business.

5. *Person Serving:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELISE SNEDEGAR                          d. *The Fee for Service was:*   $105.00
   b. One Hour Delivery Service               e. I am: (3) registered California process server
      1280 Boulevard Way #205                    (i)   Employee
      Walnut Creek, CA 94595                     (ii)  Registration No.:    #641
   c. .925-947-1100, FAX 925-947-3480            (iii) County:              CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon, Dec. 31, 2007

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> By Mail | (ELISE SNEDEGAR) | selvmi.9653 |
|---|---|---|---|