AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] SEE ATTACHED LIST | 1/31/2008   12:30 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL WEEKER | SANTA CLARA COUNTY CALIFORNIA REGISTERED PROCESS SERVER/#617 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: JOHN KARAMANOS
    1650 LAS PLUMAS AVENUE
    SUITE H SAN JOSE, CA 95133

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 70.00 | $ 70.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

Signature of Server
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

Address of Server
(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.