1   Paul A. Traficante, Esquire, State Bar No. 096224
    Jon S. Brick, Esquire, State Bar No. 120474

2               LAW OFFICES
3   **GRECO TRAFICANTE SCHULZ & BRICK**
              185 WEST F STREET - SUITE 400
              SAN DIEGO, CALIFORNIA 92101
4               (619) 234-3660 / FAX: 234-0626

5   Attorneys for Defendant NORMAN S. WRIGHT
    MECHANICAL CORPORATION

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  ATLANTIC MUTUAL INSURANCE          Case No.: C07-06365-HRL
    COMPANY,

12              Plaintiff,

13         v.                          **CERTIFICATE OF INTERESTED
                                       ENTITIES OR PERSONS**
14
    NORMAN S. WRIGHT MECHANICAL        **[LOCAL RULE 3-16]**
15  EQUIPMENT CORPORATION;
    RICHARD LEAO; TRUCK INSURANCE
16  EXCHANGE; ADVANCED                 Courtroom:   2
    MICROTHRRM, INC.; HVAC SALES,      Judge:       Howard A. Lloyd
17  INC.; JOHN KARAMANOS; and          Filed:       December 17, 2007
    DOES 1 through 10,                 Trial Date:  TBD
18
                Defendants.
19

20

21         Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

22  persons, associations of persons, firms, partnerships, corporations (including parent

23  corporations) or other entities (i) have a financial interest in the subject matter in controversy

24  or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in

25  a party that could be substantially affected by the outcome of this proceeding:

26         The following individuals are owners and/or directors of Norman Wright Mechanical

27  Equipment Corporation:

28  / / /

NOR-001\Certificate of Interested Persons JSB 021208       -1-
                    CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1          Salvitore Giglo

2          Robert Beyer

3          Richard Leao

4

5   Dated: February 12, 2008          GRECO TRAFICANTE SCHULZ & BRICK

6

7                                     By:    _s/ Jon S. Brick_____

8                                            Paul A. Traficante, Esq.
                                             Jon S. Brick, Esq.
9                                            Attorneys for Defendant NORMAN
                                             S. WRIGHT MECHANICAL
10                                           CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28