# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHRRM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; and DOES 1 through 10,<br><br>  Defendants. | Case No.: C07-06365-HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSINGMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment

/ / /

/ / /

/ / /

/ / /

/ / /

1  of this case to a United States District Judge.

2

3  Dated: February 14, 2008                    GRECO TRAFICANTE SCHULZ & BRICK

4
                                                By:   *s/ Jon S. Brick*
5                                                     Paul A. Traficante, Esq.
                                                      Jon S. Brick, Esq.
6                                                     Attorneys for Defendant NORMAN
                                                      S. WRIGHT MECHANICAL
7                                                     CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOR-001\Declination to Proceed JSB 021408            -2-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSINGMENT TO A UNITED STATES DISTRICT JUDGE