| | |
|---|---|
| Paul A. Traficante, Esquire, SBN 096224<br>Jon S. Brick, Esquire, SBN 120474<br>GRECO TRAFICANTE SCHULZ & BRICK   (619) 234-3660<br>185 West F Street, Suite 400           FAX: 234-0626<br>San Diego, California 92101<br>ATTORNEYS FOR: Defendant NORMAN S. WRIGHT MECHANICAL CORPORATION | COURT USE ONLY |
| **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF: ATLANTIC MUTUAL INSURANCE COMPANY<br><br>DEFENDANTS: NORMAN S. WRIGHT MECHANICAL CORPORATION, et al. | DATE:  April 1, 2008<br>TIME:  10:00 a.m.<br>DEPT:  2 |
| **PROOF OF SERVICE** | CASE NUMBER: C07-06365-HRL |

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, and my business address is 185 West F Street, Suite 400, San Diego, California. I caused to be served the following documents:

1. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSINGMENT TO A UNITED STATES DISTRICT JUDGE**

    ☒ by electronically serving through CourtLink the above-listed document(s) to each of the addressees as set forth on the attached Service List.

    ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List.

    ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth on the attached Service List.

    ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on February 14, 2008 at San Diego, California.

_____
Kinë Benrubi

# SERVICE LIST

**Atlantic Mutual Ins. Co. v. Norman Wright, et al.**
Case No. C07-06365-HRL
United States District Court, Northern District of California

Updated February 12, 2008

| | |
|---|---|
| Gary R. Selvin, Esq.<br>Mark E. Inbody, Esq.<br>SELVIN WRAITH HALMAN, LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612<br>Tel:    (510) 874-1811<br>Fax:   (510) 465-8976 | **Attorneys for Plaintiff**<br>**ATLANTIC MUTUAL INSURANCE COMPANY** |

X:\WPDocs\Norman Wright\Pleadings\Service List.doc