**United States District Court**
For the Northern District of California

1

2          UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF CALIFORNIA

4              SAN JOSE DIVISION

5

6   Atlantic Mutual Insurance Company,          No. C07-06365

7          Plaintiff,

8       v.                                  **CLERK'S NOTICE OF IMPENDING
                                            REASSIGNMENT TO A UNITED
9   Norman Wright Mechanical Equipment       STATES DISTRICT JUDGE**
    Corporation, et.al.,
10

11          Defendants.
    _____/

12

13          The Clerk of this Court will now randomly reassign this case to a United States

14   District Judge because one or more of the parties has requested reassignment to a United States

15   District Judge or has not consented to jurisdiction by a Magistrate Judge.

16          PLEASE TAKE NOTICE that a Case Management Conference in the above-

17   entitled matter which was previously set for April 8, 2008 at 1:30 pm. before the Honorable

18   Judge Howard R. Lloyd  has been continued to **April 14, 2008  at 10:00 a.m..**, before the

19   Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S.

20   Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case

21   Management Statement on March 31, 2008.

22          If the above-entitled matter settles counsel are required to notify the Court by

23   contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

24

25   Dated:  February 15, 2008          RICHARD W. WIEKING, Clerk
                                        United States District Court
26

27          /s/*Patty Cromwell*
            By: Patty Cromwell
28          Courtroom Deputy Clerk for
            Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Jon Steven Brick     jsb@gtlaw.cc, kb@gtlaw.cc

Mark Eric Inbody      minbody@selvinwraith.com, lsanchez@selvinwraith.com

Gary Robert Selvin      gselvin@selvinwraith.com, kshahin@selvinwraith.com

**United States District Court**
For the Northern District of California

2