**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**February 15, 2008**

**CASE NUMBER:  CV 07-06365 HRL**
**CASE TITLE:  ATLANTIC MUTUAL INSURANCE COMPANY-v-NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORP.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 02/14/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                          Entered in Computer 02/15/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA