Paul A. Traficante, Esquire, State Bar No. 096224
Jon S. Brick, Esquire, State Bar No. 120474

LAW OFFICES
**GRECO TRAFICANTE SCHULZ & BRICK**
185 WEST F STREET - SUITE 400
SAN DIEGO, CALIFORNIA 92101
(619) 234-3660 / FAX: 234-0626

Attorneys for Defendant NORMAN S. WRIGHT
MECHANICAL CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHRRM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; and DOES 1 through 10,<br><br>        Defendants. | Case No.: C07-06365-JW<br><br>**NOTICE OF PENDANCY OF OTHER ACTIONS OR PROCEEDINGS**<br>**[Local Rule 3-13]**<br><br>**Courtroom:** 8<br>**Judge:** Hon. James Ware |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE pursuant to Civil Local Rule 3-13 that the following cases are "related to" this action:

<u>Norman S. Wright Mechanical Equipment Corporation v. Truck Insurance Exchange</u>, Superior Court for the State of California, County of Los Angeles, Civil Action No. BC 308847 (filed January 8, 2004);

<u>Karamanos, et al. v. Norman Wright Mechanical Equipment Corporation, et al.</u>, United States District Court, Northern District of California, San Jose Division, Civil Action

NOR-001\Notice of Pendancy of Other Actions JSB 021908    -1-
NOTICE OF PENDANCY OF OTHER ACTIONS OR PROCEEDINGS [Local Rule 3-13]

No. 5:04-CV-02266-JW (removed June 9, 2004);

<u>Truck Insurance Exchange v. Atlantic Mutual Insurance Company</u>, United States District Court, Northern Division of California, San Francisco Division, Civil Action No. 3:06-CV-04573-CRB (removed July 7, 2006) (currently stayed).

## I.

## INTRODUCTION

While it is not appropriate to consolidate this action with the underlying State Court action or the underlying liability action pending in this Court (Karamanos), it is appropriate to stay this action as set forth in the Motion to Dismiss or Stay filed by NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION ("Wright") or, alternatively, to consolidate the action with the coverage action <u>Truck Insurance Exchange v. Atlantic Mutual Insurance Company</u>, pending in this Court and currently stayed.

The parties to the underlying liability actions are Wright, ADVANCED MICROTHERM, INC., HVAC SALES, INC. and JOHN KARAMANOS. ADVANCED MICROTHERM and HVAC are companies owned by KARAMANOS and those parties have sued Wright in the underlying liability action (KARAMANOS).

ATLANTIC MUTUAL INSURANCE COMPANY and TRUCK INSURANCE issued policies to Wright and are parties to the coverage action pending in this Court which is currently stayed by order of the Court.

Wright and TRUCK are parties to a coverage action currently pending in State Court.

In this action, ATLANTIC MUTUAL seeks a ruling concerning its obligations to provide a defense and indemnity to Wright in the underlying liability actions and, as set forth in Wright's previously filed Motion to Dismiss, ATLANTIC MUTUAL's current attempt to engage Wright in multiple litigation should be dismissed or stayed.

## II.

## DESCRIPTION AND RELATIONSHIP OF THE OTHER ACTIONS

**A** **Liability Action Against Wright.**

The underlying liability action, <u>Karamanos v. Wright, et al</u>., U.S. District Court for the

Northern District of California, San Jose Division, Case No. 04-CV-02266-JW, has spawned several coverage actions. It is not appropriate to consolidate this coverage action with the underlying liability action as ATLANTIC MUTUAL's action seeks only to determine coverage issues, not any potential liability of Wright.

### B. <u>Coverage Actions</u>.

Based on TRUCK's handling of the tender of defense, Wright was forced to file suit against TRUCK in the California State Court. Because that matter is pending in state court, coordination with this action is not possible. TRUCK has also filed a claim against ATLANTIC MUTUAL in this Court, San Francisco Division Civil Action No. 3:06-CV-04573-CRB, which is currently stayed by order of the Court. Because both TRUCK's actions and ATLANTIC MUTUAL's actions seek to determine the coverage obligations of Wright's insurers, this case could be coordinated with the TRUCK action and stayed. Alternatively, Wright requests that this action be dismissed or stayed as set forth in its previously filed Motion to Dismiss.

## III.

## CONCLUSION

As set forth in the Motion to Dismiss, Wright believes that this case should be dismissed or stayed. Because there is another action pending in this Court, albeit the San Francisco Division, which is currently stayed, this matter could be coordinated with that action which already has a stay in place.

Dated: February 19, 2008                    GRECO TRAFICANTE SCHULZ & BRICK

By:   *s/ Jon S. Brick*
      Paul A. Traficante, Esq.
      Jon S. Brick, Esq.
      Attorneys for Defendant NORMAN S. WRIGHT MECHANICAL CORPORATION