Paul A. Traficante, Esquire, State Bar No. 096224
Jon S. Brick, Esquire, State Bar No. 120474

LAW OFFICES
**GRECO TRAFICANTE SCHULZ & BRICK**
185 WEST F STREET - SUITE 400
SAN DIEGO, CALIFORNIA 92101
(619) 234-3660 / FAX: 234-0626

Attorneys for Defendant NORMAN S. WRIGHT MECHANICAL CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHRRM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: C07-06365-JW<br><br>**ADVANCED NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION BY NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION**<br><br>**Date:**　　April 14, 2008<br>**Time:**　　9:00 a.m.<br>**Courtroom:**　8<br>**Judge:**　　James Ware |

TO THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 1, 2008 at 10:00 a.m., or as soon thereafter as the matter can be heard in Courtroom 8 of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, Defendant NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION will, and hereby does, move the Court for Order Dismissing or Staying the Action.

This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the pleadings and records on file in the above-entitled Court, and

1 such other and further evidence and argument as may be presented at the time of the hearing.

2

3 Dated: February 29, 2008                    GRECO TRAFICANTE SCHULZ & BRICK

4
                                              By:    *s/ Jon S. Brick*
5                                                    Paul A. Traficante, Esq.
                                                     Jon S. Brick, Esq.
6                                                    Attorneys for Defendant NORMAN
                                                     S. WRIGHT MECHANICAL
7                                                    CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOR-001\Notice of Motion and Motion to Dismiss JSB 022908        -2-
ADVANCED NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE,
STAY ACTION BY NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION