1  Gary R. Selvin, State Bar No. 112030
   Mark E. Inbody, State Bar No. 180862
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           minbody@selvinwraith.com

6  Attorneys for Plaintiff
   Atlantic Mutual Insurance Company
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ATLANTIC MUTUAL INSURANCE          CASE NO.: **5:07-cv-06365 JW**
   COMPANY,                                     (3:06-cv-04573 CRB)
12
                Plaintiff,
13                                      **ATLANTIC MUTUAL'S RESPONSE TO**
         v.                             **ORDER REFERRING CASES FOR**
14                                      **PURPOSES OF DETERMINING**
   NORMAN S. WRIGHT MECHANICAL         **RELATIONSHIP**
15 EQUIPMENT CORPORATION; RICHARD
   LEAO; TRUCK INSURANCE EXCHANGE;
16 ADVANCED MICROTHERM, INC.; HVAC
   SALES, INC.; JOHN KARAMANOS; AND    **[LR CIV 3-12(C)]**
17 DOES 1 through 10,

18              Defendants.

19

20       Pursuant to Civil Local Rule 3-12(c), Atlantic Mutual hereby responds to the Court's Orders

21 of February 29, 2008, filed in *Truck Insurance Exchange v. Atlantic Mutual Insurance Company*,

22 Case No. 3:06-04573-CRB (Dkt. #53, 54) ("*Truck* Action"), and *Atlantic Mutual Ins. Co. v. Norman*

23 *Wright Mechanical Equipment Corp., et al.,* Case No. 5:07-06365-JW (Dkt. #18, 19) ("*Atlantic*

24 *Mutual* Action").

25       To the best of Atlantic Mutual's knowledge, the Court and all parties agree that the *underlying*

26 litigation is not "related" to the two coverage actions as defined by Local Rule 3-12.  (*Karamanos v.*

27 *Norman Wright Mechanical Equipment Corp., et al.,* Case No. C 04-02266-JW (Dkt. #498).)

28 However, Atlantic Mutual opposes relating the two federal court *coverage* cases to the extent that

                                       1
**ATLANTIC MUTUAL'S RESPONSE TO ORDER REFERRING CASES FOR PURPOSES**

1 | consolidation would result in a stay of Atlantic Mutual's right to reimbursement of defense fees.

2 | The Court appropriately stayed the *Truck* Action for equitable contribution between Truck and

3 | Atlantic Mutual. That stay will be lifted when there is a ruling on Truck's violation of California

4 | Civil Code section 2860 in the separate state court bad faith action between Wright and Truck. (See

5 | Order Denying Joinder (Dkt. #51, July 20, 2007) and Order Staying Case (Dkt. #52, July 23, 2007).

6 | It is inappropriate, however, to stay a distinct, straightforward reimbursement of post-

7 | settlement defense fees that is the subject of the *Atlantic Mutual* action. Atlantic Mutual seeks an

8 | immediate judicial determination that its duty to defend Wright terminated upon settlement of the one

9 | potentially covered cause of action in the underlying litigation, and that it is entitled to reimbursement

10 | of the money it paid after that date. Those issues can be resolved in a motion for summary judgment,

11 | based on three documents; the Complaint in the underlying action, Truck's settlement agreement in

12 | the underlying action, and Atlantic Mutual's negotiated checks to Wright.

13 | Atlantic Mutual filed a Notice of Pendency of Other Actions or Proceedings in the *Atlantic*

14 | *Mutual* Action on December 21, 2007. (Dkt. #004.) That Notice states the reasons that the two

15 | coverage actions should not be deemed related. Because is not clear whether the Court considered

16 | that Notice in its Orders of February 29, 2008, Atlantic Mutual attaches and incorporates that Notice

17 | by reference to this Response. (Exhibit A.)

18 | Because the issues in the Truck and Atlantic Mutual actions are distinct, there is no

19 | duplication of labor or expense, or conflicting results, if the cases remain separate. (LR CIV 3-

20 | 12(a)(2).) Atlantic Mutual will file a separate Opposition addressing the issues raised by Wright's

21 | Notice of Pendency in the *Atlantic Mutual* Action, filed February 19, 2008. (Dkt. #016.)

22 |

23 | Dated: March 4, 2008          SELVIN WRAITH HALMAN LLP

24 |

25 | By:

26 |      Gary R. Selvin
     Mark E. Inbody

27 |      Attorneys for Plaintiff
     Atlantic Mutual Insurance Company

28 | 49772.doc

2

**ATLANTIC MUTUAL'S RESPONSE TO ORDER REFERRING CASES FOR PURPOSES**

| Re: | ATLANTIC MUTUAL INSURANCE COMPANY v. NORMAN S. WRIGHT MECHANICAL, ET AL. |
| Court: | U.S.D.C. - NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On March 4, 2008, I served the following document(s):

**ATLANTIC MUTUAL'S RESPONSE TO ORDER REFERRING CASES FOR PURPOSES OF DETERMINING RELATIONSHIP**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Jon S. Brick                                       Attorneys for Defendant:
Greco Traficante Schulz & Brick                        NORMAN S. WRIGHT MECHANICAL
185 West 'F' Street, Suite 400                          CORPORATION
San Diego, CA 92101
Telephone No.:    (619) 234-3660
Fax No.:          (619) 234-0626
Email: jsb@gtlaw.cc

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 4, 2008

Laura L. Sanchez

1