**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUCK INS. EXCHANGE,

    Plaintiff,

  v.

ATLANTIC MUTUAL INS. CO.,

    Defendant.
_____/

No. C 06-04573 CRB

**ORDER**

The Court has determined that <u>Atlantic Mutual Insurance Company v. Norman Wright Mechanical Equipment Corporation et al.</u>, 07-6365 JW, is not related to this action. The later-filed action involves different parties and a coverage issue unrelated to the coverage issues in this lawsuit.

**IT IS SO ORDERED.**

Dated: March 12, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4573\orderdenyingrelatedcase.wpd