UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Atlantic Mutual Insurance Company

Case No. C 07-06365 JW

Plaintiff(s),

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Norman Wright Mechanical Equipment
Corp., et al.
Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 18, 2008

_____
[Party]

Dated: March 17, 2008

_____
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

| Re: | ATLANTIC MUTUAL INSURANCE COMPANY v. NORMAN S. WRIGHT MECHANICAL, ET AL. |
|---|---|
| Court: | U.S.D.C. - NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On March 18, 2008, I served the following document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

**By FACSIMILE:** By having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m. The transmission was reported as complete without error by a report issued by the transmitting facsimile machine. A true and correct copy of the transmission report is attached hereto.

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. Jon S. Brick<br>Greco Traficante Schulz & Brick<br>185 West 'F' Street, Suite 400<br>San Diego, CA 92101<br>Telephone No.:  (619) 234-3660<br>Fax No.:          (619) 234-0626<br>Email: jsb@gtlaw.cc | Attorneys for Defendant:<br>NORMAN S. WRIGHT MECHANICAL CORPORATION |
| Mr. Russell F. Brasso<br>Foreman & Brasso<br>930 Montgomery Street<br>San Francisco, CA 94133<br>Telephone No.:  (415) 433-3475<br>Fax No.:          (415) 781-8030<br>Email: jackofdi@aol.com | Attorneys for Defendant:<br>JOHN KARAMANOS |
| ADR Program<br>450 Golden Gate Avenue, 16th Floor<br>Room 16-6892<br>San Francisco, CA<br>Fax No.:  (415) 522-4112<br>Email: ADR@cand.uscourts.gov | VIA FACSIMILE ONLY |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 18, 2008

*Laura L. Sanchez* (signature)
Laura L. Sanchez

1