UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Atlantic Mutual Insurance Company

Plaintiff(s),

v.

Norman Wright Mechanical Equipment
Corp., et al.

Defendant(s).

CASE NO. 5:07-cv-06365 JW

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process

✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 14, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mark Inbody | Plf. Atlantic Mutual | 510.874.1813 | minbody@selvinwraith.com |
| Jon Brick | Def. Norman Wright | 619.234.3660 | jsb@gtlaw.cc |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 03.18.2008

Attorney for Plaintiff

Dated: 03.18.2008

Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

| Re: | **ATLANTIC MUTUAL INSURANCE COMPANY v. NORMAN S. WRIGHT MECHANICAL, ET AL.** |
|-----|-----|
| **Court:** | **U.S.D.C. - NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION** |
| **Action No.** | **5:07-cv-06365 JW** |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On March 18, 2008, I served the following document(s):

### NOTICE OF NEED FOR ADR PHONE CONFERENCE

**By FACSIMILE:** By having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m. The transmission was reported as complete without error by a report issued by the transmitting facsimile machine. A true and correct copy of the transmission report is attached hereto.

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Jon S. Brick
Greco Traficante Schulz & Brick
185 West 'F' Street, Suite 400
San Diego, CA  92101
Telephone No.:    (619) 234-3660
Fax No.:             (619) 234-0626
Email:  jsb@gtlaw.cc

Attorneys for Defendant:
NORMAN S. WRIGHT MECHANICAL
CORPORATION

Mr. Russell F. Brasso
Foreman & Brasso
930 Montgomery Street
San Francisco, CA  94133
Telephone No.:    (415) 433-3475
Fax No.:             (415) 781-8030
Email:  jackofdi@aol.com

Attorneys for Defendant:
JOHN KARAMANOS

ADR Program
450 Golden Gate Avenue, 16th Floor
Room 16-6892
San Francisco, CA
Fax No.:             (415) 522-4112
Email:  ADR@cand.uscourts.gov

VIA FACSIMILE ONLY

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  March 18, 2008

Laura L. Sanchez

1