MAR-19-2008  01:29PM    FROM-NORMAN WRIGHT                    4154670900        T-076   P 002/002   F-315

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Atlantic Mutual Insurance Company

               Plaintiff(s),

v.

Norman Wright Mechanical Equipment
Corp., et al.
               Defendant(s).

Case No. C 07-06365 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 18,                                              _____
                                                                               [Party]

Dated: 3/18/08                                                _____
                                                                               [Counsel]

| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |
|---|

Rev 12/05