Gary R. Selvin, State Bar No. 112030
Mark E. Inbody, State Bar No. 180862
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:   gselvin@selvinwraith.com
          minbody@selvinwraith.com

Attorneys for Plaintiff
Atlantic Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10,<br><br>Defendants. | CASE NO.: 5:07-cv-06365 JW<br><br>**NOTICE OF DISMISSAL OF DEFENDANT TRUCK INSURANCE EXCHANGE ONLY**<br><br>[FRCP 41(a)(1)]<br><br>Complaint Filed: 12/17/07 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Atlantic Mutual Insurance Company hereby notifies the Court and all parties of its dismissal of its Complaint against Defendant Truck Insurance Exchange only.

Dated: March 24, 2008                               SELVIN WRAITH HALMAN LLP

                                                    By: _____
                                                        Gary R. Selvin
                                                        Mark E. Inbody
                                                        Attorneys for Plaintiff
                                                        Atlantic Mutual Insurance Company

50418.doc

1

| Re: | ATLANTIC MUTUAL INSURANCE COMPANY v. NORMAN S. WRIGHT MECHANICAL, ET AL. |
|---|---|
| Court: | U.S.D.C. - NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On March 24, 2008, I served the following document(s):

**NOTICE OF DISMISSAL OF DEFENDANT TRUCK INSURANCE EXCHANGE ONLY**

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

## SERVICE LIST ATTACHED

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 24, 2008

_Laura L. Sanchez_
Laura L. Sanchez

1

## SERVICE LIST

| | |
|---|---|
| Mr. Jon S. Brick<br>Greco Traficante Schulz & Brick<br>185 West 'F' Street, Suite 400<br>San Diego, CA 92101<br>Telephone No.: (619) 234-3660<br>Fax No.: (619) 234-0626<br>Email: jsb@gtlaw.cc | Attorneys for Defendant:<br>NORMAN S. WRIGHT MECHANICAL CORPORATION |
| Mr. Russell F. Brasso<br>Foreman & Brasso<br>930 Montgomery Street<br>San Francisco, CA 94133<br>Telephone No.: (415) 433-3475<br>Fax No.: (415) 781-8030<br>Email: jackofdi@aol.com | Attorneys for Defendant:<br>JOHN KARAMANOS<br><br>**VIA U.S. MAIL ONLY** |
| Ms. Jeanette Leonidou<br>Leonidou & Rosin<br>5 Thomas Mellon Circle, Suite 205<br>San Francisco, CA 94134<br>Telephone No.: (415) 715-2860<br>Fax No.: (415) 715-2870<br>Email: jleonidou@alr-law.com | Attorneys for Defendant:<br>TRUCK INSURANCE EXCHANGE<br><br>**VIA U.S. MAIL ONLY** |