| Re: | Atlantic Mutual Insurance Company v. Norman S. Wright Mechanical, et al. |
|---|---|
| Court: | U.S.D.C. - Northern District of California - San Jose Division |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On March 24, 2008, I served the following document(s):

**AMENDED PROOF OF SERVICE RE NOTICE OF DISMISSAL OF DEFENDANT TRUCK INSURANCE EXCHANGE ONLY**

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

**SERVICE LIST ATTACHED**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 24, 2008

*Laura L. Sanchez* (signed)
Laura L. Sanchez

1

## SERVICE LIST

| | |
|---|---|
| Mr. Jon S. Brick<br>Greco Traficante Schulz & Brick<br>185 West 'F' Street, Suite 400<br>San Diego, CA 92101<br>Telephone No.: (619) 234-3660<br>Fax No.: (619) 234-0626<br>Email: jsb@gtlaw.cc | Attorneys for Defendant:<br>NORMAN S. WRIGHT MECHANICAL CORPORATION |
| Mr. Russell F. Brasso<br>Foreman & Brasso<br>930 Montgomery Street<br>San Francisco, CA 94133<br>Telephone No.: (415) 433-3475<br>Fax No.: (415) 781-8030<br>Email: jackofdi@aol.com | Attorneys for Defendant:<br>JOHN KARAMANOS<br><br>**VIA U.S. MAIL ONLY** |
| Mr. Robert N. Schiff<br>Haight Brown & Bonesteel LLP<br>71 Stevenson Street, 20th Floor<br>San Francisco, CA 94105-2981<br>Telephone No.: (415) 546-7500<br>Fax No.: (415) 546-7505<br>Email: rschiff@hbblaw.com | Attorneys for Defendant:<br>TRUCK INSURANCE EXCHANGE<br><br>**VIA U.S. MAIL ONLY** |