1  Gary R. Selvin, State Bar No. 112030
   Mark E. Inbody, State Bar No. 180862
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:  (510) 874-1811
4  Facsimile:  (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           minbody@selvinwraith.com

6  Attorneys for Plaintiff
   Atlantic Mutual Insurance Company
7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

| 12 | ATLANTIC MUTUAL INSURANCE COMPANY, | CASE NO.: 5:07-cv-06365 HRL |
|---|---|---|
| 13 | | |
| 14 | Plaintiff, | **PROPOSED DISCOVERY PLAN** |
| 15 | v. | [FRCP 26(f)] |
| 16 | NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10, | Date: April 14, 2008<br>Time: 10:00 a.m.<br>Dept: 8<br>Judge: Hon. James Ware |
| 17 | | |
| 18 | | |
| 19 | Defendants. | Complaint Filed: December 17, 2007 |

20

21       Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on March 24, 2008, and

22  was attended by Mark Inbody for Plaintiff Atlantic Mutual Insurance Company and Jon Brick for

23  Defendant Norman S. Wright Mechanical Equipment Corporation.

24       The parties agree that only very limited information needs to be disclosed in advance of the

25  requested Judicial Settlement Conference and Atlantic Mutual's anticipated motion for summary

26  adjudication. The parties therefore agree that initial disclosures and discovery need only be

27  conducted if the parties still have a dispute following those two events.

28  ///

1. **Pre-Discovery Disclosures**

   The parties agree that the only disclosures that need to be made in advance of the Settlement Conference and Atlantic Mutual's motion for summary adjudication are:

   - Leonidou & Rosin (Wright's defense counsel) billing invoices in the underlying action;
   - Atlantic Mutual's proof of payment of attorney's fees and costs in defending the underlying action;
   - Atlantic Mutual's correspondence agreeing to defend Wright in the underlying action under a reservation of rights;
   - The parties' agreement to reimbursement of defense counsel pursuant to Civil Code § 2860;
   - Atlantic Mutual's audits and related non-privileged correspondence;
   - Non-privileged and/or non-protected correspondence between Norman Wright or its counsel and Atlantic Mutual or its counsel.

   There is one area of disagreement: Wright contends that discovery as to the settlement in the underlying action is relevant, while Atlantic Mutual contends that it is not.

   The parties will exchange any remaining information required by FRCP 26(a)(1) two weeks after the Court has ruled on Atlantic Mutual's motion for summary adjudication.

2. **Discovery Plan**

   The parties agree that no formal discovery needs to be conducting in advance of the Settlement Conference and Atlantic Mutual's motion for summary adjudication, with one exception. The parties anticipate deposing John McCarthy, a Claims Representative at Truck Insurance Exchange, who signed the settlement agreement with Plaintiffs in the underlying action on behalf of Truck.

   The parties will provide the Court with a detailed discovery plan as required by FRCP 26(f) two weeks after the Court has ruled on Atlantic Mutual's motion for summary adjudication.

3. **Other Items**

   The parties request that the Court set a Judicial Settlement Conference at the earliest

PROPOSED DISCOVERY PLAN                                CASE NO.: 5:07-cv-06365 HRL

opportunity.

The parties believe that a comprehensive Protective Order is appropriate in this action to prevent any potential prejudice to Wright in the underlying action.

Dated: March 28, 2008

SELVIN WRAITH HALMAN LLP

By: _____
Gary R. Selvin
Mark E. Inbody
Attorneys for Plaintiff
Atlantic Mutual Insurance Company

Dated: March 28, 2008

GRECO TRAFICANTE SCHULZ & BRICK

By: _____
Jon S. Brick
Attorneys for Defendant
Norman S. Wright Mechanical Equipment Corp.

48307.doc

| Re: | Atlantic Mutual Insurance Company v. Norman S. Wright Mechanical, et al. |
|---|---|
| **Court:** | **U.S.D.C. - Northern District of California - San Jose Division** |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On March 28, 2008, I served the following document(s):

**PROPOSED DISCOVERY PLAN**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Jon S. Brick  
Greco Traficante Schulz & Brick  
185 West 'F' Street, Suite 400  
San Diego, CA  92101  
Telephone No.:   (619) 234-3660  
Fax No.:             (619) 234-0626  
Email: jsb@gtlaw.cc

Attorneys for Defendant:  
NORMAN S. WRIGHT MECHANICAL CORPORATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 28, 2008

*/s/ Laura L. Sanchez*  
Laura L. Sanchez

1