Gary R. Selvin, State Bar No. 112030
Mark E. Inbody, State Bar No. 180862
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:   gselvin@selvinwraith.com
         minbody@selvinwraith.com

Attorneys for Plaintiff
Atlantic Mutual Insurance Company

**GRANTED**
Judge James Ware
3/31/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10,<br><br>             Defendants. | CASE NO.: 5:07-cv-06365 JW<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS ADVANCED MICROTHERM, INC., HVAC SALES, INC., AND JOHN KARAMANOS ONLY**<br><br>[FRCP 41(a)(1)]<br><br>Complaint Filed:  12/17/07 |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Atlantic Mutual Insurance Company hereby notifies the Court and all parties of its dismissal of its Complaint against Defendants Advanced Microtherm, Inc., HVAC Sales, Inc., and John Karamanos only.

Dated: March 13, 2008                          SELVIN WRAITH HALMAN LLP

                                               By: _____
                                                  Gary R. Selvin
                                                  Mark E. Inbody
                                                  Attorneys for Plaintiff
                                                  Atlantic Mutual Insurance Company

---

1

NOTICE OF DISMISSAL OF DEFENDANTS ADVANCED MICROTHERM, INC., HVAC SALES, INC., AND JOHN KARAMANOS ONLY                                               CASE NO.: 5:07-cv-06365 JW

| Re: | ATLANTIC MUTUAL INSURANCE COMPANY v. NORMAN S. WRIGHT MECHANICAL, ET AL. |
|---|---|
| Court: | U.S.D.C. - NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On March 14, 2008, I served the following document(s):

**NOTICE OF DISMISSAL OF DEFENDANTS ADVANCED MICROTHERM, INC., HVAC SALES, INC., AND JOHN KARAMANOS ONLY**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. Jon S. Brick<br>Greco Traficante Schulz & Brick<br>185 West 'F' Street, Suite 400<br>San Diego, CA  92101<br>Telephone No.:   (619) 234-3660<br>Fax No.:          (619) 234-0626<br>Email: jsb@gtlaw.cc | Attorneys for Defendant:<br>NORMAN S. WRIGHT MECHANICAL<br>CORPORATION |
| Mr. Russell F. Brasso<br>Foreman & Brasso<br>930 Montgomery Street<br>San Francisco, CA  94133<br>Telephone No.:   (415) 433-3475<br>Fax No.:          (415) 781-8030<br>Email: jackofdi@aol.com | Attorneys for Defendant:<br>JOHN KARAMANOS |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 14, 2008

*Laura L. Sanchez* (signature)
Laura L. Sanchez

1