1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHRRM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; and DOES 1 through 10,<br><br>    Defendants. | Case No.: C07-06365-JW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS**<br>**[CIVIL L.R. 7-7(b)(1)]**<br><br>**Courtroom:** 8<br>**Judge:** Hon. James Ware |

The parties, through their respective counsel of record, have requested early ADR and have a telephonic ADR conference scheduled with the Court for April 9, 2008. Based upon the parties' desire to attend an early settlement conference, the parties hereby stipulate, pursuant to Local Rule 7-7(b)(1) to continue the hearing on defendant NORMAN WRIGHT MECHANICAL's motion to dismiss or stay, and request that the Court continue the motion until after a settlement conference is held before the Court. The parties will notify the Court of the outcome of the settlement conference and, if necessary, reset the hearing following

/././

1 | the settlement conference.

2

3 | Dated: April 8, 2008                         GRECO TRAFICANTE SCHULZ & BRICK

4
                                              By: _____
5                                                 Paul A. Traficante, Esq.
                                                  Jon S. Brick, Esq.
6                                                 Attorneys for Defendant NORMAN
                                                  S. WRIGHT MECHANICAL
7                                                 CORPORATION

8

9
   Dated: April 8, 2008                        SELVIN WRAITH HALMAN, LLP
10

11                                             By: _____
                                                  Mark Inbody, Esq.
12                                                Attorneys for Attorneys for Plaintiff
                                                  ATLANTIC MUTUAL INSURANCE
13                                                COMPANY

14

15

16 |                                    **ORDER**

17 |        BASED UPON THE STIPULATION OF THE PARTIES, the motion of defendant

18 | NORMAN WRIGHT MECHANICAL, INC. to dismiss or stay the action, currently set for

19 | April 14, 2008, is hereby continued and shall be reset, if necessary, following the settlement

20 | conference in this matter.

21 |        IT IS SO ORDERED.

22

23 | Dated: April ___, 2007                      By: _____
                                                  Hon. James Ware
24

25

26

27

28

NOR-001\Stip re Motion to Dismiss 040708                -2-
STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS