IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Atlantic Mutual Insurance Company, | NO. C 07-06365 JW |
|       Plaintiff,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Norman Wright Mechanical Equipment Corporation, et al., | |
|       Defendants.                   / | |

In light of the parties' settlement conference with Judge Lloyd, currently set for May 8, 2008, the Court continues the April 14, 2008 case management conference to **June 16, 2008 at 10 a.m.** The parties shall file a supplemental joint statement updating the Court on the status of the case, along with a proposed schedule, on or before **June 6, 2008.**

Dated: April 10, 2008

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Gary Robert Selvin gselvin@selvinwraith.com
   Jon Steven Brick jsb@gtlaw.cc
3  Mark Eric Inbody minbody@selvinwraith.com

4

5

   **Dated:  April 10, 2008**                            **Richard W. Wieking, Clerk**
6

7                                                        **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
8                                                             **Courtroom Deputy**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California