

IT IS SO ORDERED AS MODIFIED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHRRM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; and DOES 1 through 10,<br><br>    Defendants. | Case No.: C07-06365-JW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS**<br>**[CIVIL L.R. 7-7(b)(1)]**<br><br>Courtroom:  8<br>Judge:      Hon. James Ware |

The parties, through their respective counsel of record, have requested early ADR and have a telephonic ADR conference scheduled with the Court for April 9, 2008. Based upon the parties' desire to attend an early settlement conference, the parties hereby stipulate, pursuant to Local Rule 7-7(b)(1) to continue the hearing on defendant NORMAN WRIGHT MECHANICAL's motion to dismiss or stay, and request that the Court continue the motion until after a settlement conference is held before the Court. The parties will notify the Court of the outcome of the settlement conference and, if necessary, reset the hearing following

/./././

1 | the settlement conference.

2

3 | Dated: April 8, 2008                           GRECO TRAFICANTE SCHULZ & BRICK

4

5 |                                                By: _____
                                                   Paul A. Traficante, Esq.
                                                   Jon S. Brick, Esq.
6                                                  Attorneys for Defendant NORMAN
                                                   S. WRIGHT MECHANICAL
7                                                  CORPORATION

8

9
    Dated: April 8, 2008                           SELVIN WRAITH HALMAN, LLP
10

11 |                                               By: _____
                                                   Mark Inbody, Esq.
12                                                 Attorneys for Attorneys for Plaintiff
                                                   ATLANTIC MUTUAL INSURANCE
13                                                 COMPANY

14

15

16 |                                    ORDER

17 |         BASED UPON THE STIPULATION OF THE PARTIES, the motion of defendant

18 | NORMAN WRIGHT MECHANICAL, INC. to dismiss or stay the action, currently set for

19 | April 14, 2008 is deemed as withdrawn. The hearing is VACATED. Defendant may
     renotice the motion once the parties know the outcome of their settlement efforts.
20

21 |         IT IS SO ORDERED.

22

23 | Dated: April 10, 2007                         By: _____
                                                      Hon. James Ware
24

25

26

27

28

NOR-001\Stip re Motion to Dismiss 040708                -2-
STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS

| | |
|---|---|
| Paul A. Traficante, Esquire, SBN 096224<br>Jon S. Brick, Esquire, SBN 120474<br>GRECO TRAFICANTE SCHULZ & BRICK   (619) 234-3660<br>185 West F Street, Suite 400                    FAX: 234-0626<br>San Diego, California 92101<br>ATTORNEYS FOR: Defendant NORMAN S. WRIGHT MECHANICAL CORPORATION | COURT USE ONLY |
| **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF: ATLANTIC MUTUAL INSURANCE COMPANY | DATE:   April 14, 2008<br>TIME:   9:00 a.m.<br>DEPT:   8 |
| DEFENDANTS: NORMAN S. WRIGHT MECHANICAL CORPORATION, et al. | |
| **PROOF OF SERVICE** | CASE NUMBER: C07-06365-JW |

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, and my business address is 185 West F Street, Suite 400, San Diego, California. I caused to be served the following documents:

1. STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS [CIVIL L.R. 7-7(b)(1)]

- ☒ by electronically serving through CourtLink the above-listed document(s) to each of the addressees as set forth on the attached Service List.
- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth on the attached Service List.
- ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on April 8, 2008 at San Diego, California.

_____<br>
Kinë Benrubi

# SERVICE LIST

## Atlantic Mutual Ins. Co. v. Norman Wright, et al.
Case No. C07-06365-JW
United States District Court, Northern District of California

Updated February 12, 2008

| | |
|---|---|
| Gary R. Selvin, Esq.<br>Mark E. Inbody, Esq.<br>SELVIN WRAITH HALMAN, LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612<br>Tel:   (510) 874-1811<br>Fax:   (510) 465-8976 | **Attorneys for Plaintiff**<br>**ATLANTIC MUTUAL INSURANCE COMPANY** |