UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD   UNITED STATES MAGISTRATE JUDGE                CT. #2

DATE: May 8, 2008                    CASE No.   C07-06365JW

CASE TITLE: Atlantic Mutual Insurance Co. v. Norman Wright Mechanical Equipment

Courtroom Deputy: P. Cromwell            ERO:

APPEARANCES

For Plaintiff(s):                         For Defendant(s):

Mark Inbody                               Janette Leonidou

Also present: Carl. T. Smith              Also present: Sal Giglio and Jon Brick

☐  Settlement Conference Held.  Case settled.

☒  Settlement Conference Held.  Case did not settle.  Further Settlement Conference scheduled for May 23, 2008 at 9:30 a.m.

☐  Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers

Judge:                                                            Hours:    5.5