**FILED**

MAY - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Atlantic Mutual Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>Norman Wright Mechanical Equipment Corporation, et.al.,,<br><br>    Defendants. | No. C07-06365JW<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE AND ORDER TO APPEAR IN PERSON** |

Good cause appearing, the court will conduct a further settlement conference in this matter on Friday, May 23, 2008 at 9:30 a.m.

Carl T. Smith, Claims Administrator for Atlantic Mutual is ordered to appear in person, as are plaintiff's attorneys Mark Inbody and Gary Selvin.

Considering the matters to be addressed, the personal appearance of a representative of defendant, Norman S. Wright Mechanical Equipment Corporation is not required. Its representative may be available on telephone standby. Counsel for defendant shall appear in person.

SO ORDERED.

DATED: 5/8/08

Magistrate Judge Howard R. Lloyd