**FILED**

MAY -8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Atlantic Mutual Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>Norman Wright Mechanical Equipment Corporation, et.al.,,<br><br>    Defendants. | No. C07-06365JW<br><br>**ORDER TO SHOW CAUSE TO ATTORNEY GARY SELVIN RE: SANCTIONS** |

    Pursuant to an order of this court issued on April 9, 2008, the court conducted a settlement conference on May 8, 2008. Plaintiff Atlantic Mutual was represented by attorney Mark Inbody of the firm of Selvin-Wraith-Halman. With assistance from the court, Mr. Inbody and the attorneys for defendant - in consultation with their respective clients- negotiated in good faith for hours and arrived at a proposed settlement that was agreeable to all present. Only at that point, and after making one or more telephone calls, did Mr. Inbody state (1) that Atlantic Mutual would not approve a settlement without the approval of its lead attorney, who was not present, and (2) that in a just completed telephone call with Mr. Inbody, the lead attorney (Gary Selvin) had insisted on a deal-breaking settlement condition that had not only never been the subject of negotiation but had never ever been mentioned previously.

    Accordingly, on Friday, May 23, 2008 at 9:30 a.m. attorney Gary Selvin is directed to appear in this court and to show cause why he should not be sanctioned, to include payment of

reasonable attorney fees to counsel for the defendant, for his disobedience of this court's order of April 9th that "[l]ead trial counsel shall appear at the Settlement Conference..."

SO ORDERED.

DATED: 5/8/08

_____
Magistrate Judge Howard R. Lloyd