Gary R. Selvin, State Bar No. 112030
Mark E. Inbody, State Bar No. 180862
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         minbody@selvinwraith.com

Attorneys for Plaintiff
Atlantic Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10,<br><br>Defendants. | CASE NO.: 5:07-cv-06365 JW<br><br>**ATLANTIC MUTUAL'S SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:  May 23, 2008<br>Time:  9:30 a.m.<br>Dept:  2; Magistrate Judge Howard R. Lloyd<br><br>Complaint Filed: 12/17/07 |

## INTRODUCTION

Atlantic Mutual respectfully requests that the Court continue the Settlement Conference (Dkt. #40, 41) and Order to Show Cause (Dkt. #42) currently set for May 23, 2008. As counsel indicated in its letter to Judge Lloyd of May 14, 2008, Gary Selvin is currently in trial in an action in Los Angeles. Barring a last-minute settlement of that action, Mr. Selvin will be unavailable on Friday, May 23. Atlantic Mutual therefore respectfully requests that the Settlement Conference be continued to June 20, 2008.

1  A Proposed Order is filed concurrently with this Settlement Conference Statement.

2

3  Dated: May 19, 2008                    SELVIN WRAITH HALMAN LLP

4
5                                         By: _____
6                                              Gary R. Selvin
                                               Mark E. Inbody
7                                              Attorneys for Plaintiff
                                               Atlantic Mutual Insurance Company

8  52378.doc

| Re: | Atlantic Mutual Insurance Company v. Norman S. Wright Mechanical, et al. |
|---|---|
| Court: | U.S.D.C. - Northern District of California - San Jose Division |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On May 19, 2008, I served the following document(s):

**ATLANTIC MUTUAL'S SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER RE FURTHER SETTLEMENT CONFERENCE AND ORDER TO SHOW CAUSE**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. Jon S. Brick<br>Greco Traficante Schulz & Brick<br>185 West 'F' Street, Suite 400<br>San Diego, CA 92101<br>Telephone No.:  (619) 234-3660<br>Fax No.:  (619) 234-0626<br>Email: jsb@gtlaw.cc | Attorneys for Defendant:<br>NORMAN S. WRIGHT MECHANICAL CORPORATION |

Ms. Janette G. Leonidou
Leonidou & Rosin Professional Corporation
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Telephone No.:  (650) 691-2888
Fax No.:  (650) 691-2889
Email: lkopittke@alr-law.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 19, 2008

*/s/ Laura L. Sanchez*
Laura L. Sanchez