1  Gary R. Selvin, State Bar No. 112030
   Mark E. Inbody, State Bar No. 180862
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:  (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail: gselvin@selvinwraith.com
5          minbody@selvinwraith.com

6  Attorneys for Plaintiff
   Atlantic Mutual Insurance Company
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| 12 | ATLANTIC MUTUAL INSURANCE COMPANY, | CASE NO.: 5:07-cv-06365 JW |
|---|---|---|
| 13 |  | **[PROPOSED] ORDER RE FURTHER SETTLEMENT CONFERENCE AND ORDER TO SHOW CAUSE** |
| 14 | Plaintiff, |  |
| 15 | v. |  |
| 16 | NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10, | Date: May 23, 2008<br>Time: 9:30 a.m.<br>Dept: 2; Magistrate Judge Howard R. Lloyd<br><br>Complaint Filed: 12/17/07 |
| 17-18 | Defendants. |  |

21  The Court hereby continues the Further Settlement Conference (Dkt. #40, 41) and Order to
22  Show Cause (Dkt. #42) set for Friday, May 23, 2008 to June 20, 2008 at 9:30 a.m.

24  Dated:

26                                                  _____
                                                    DISTRICT COURT JUDGE
27  52379.doc

28

1
**[PROPOSED] ORDER RE FURTHER SETTLEMENT CONFERENCE AND OSC**
CASE NO.: 5:07-cv-06365 JW