1  Gary R. Selvin, State Bar No. 112030
   Mark E. Inbody, State Bar No. 180862
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:   (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           minbody@selvinwraith.com

6  Attorneys for Plaintiff
   Atlantic Mutual Insurance Company
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  ATLANTIC MUTUAL INSURANCE          CASE NO.: 5:07-cv-06365 HRL
    COMPANY,
13                                     **EX PARTE MOTION TO CONTINUE
              Plaintiff,               SETTLEMENT CONFERENCE;
14                                     DECLARATION OF MARK E. INBODY IN
       v.                              SUPPORT**
15
    NORMAN S. WRIGHT MECHANICAL
16  EQUIPMENT CORPORATION; RICHARD
    LEAO; TRUCK INSURANCE EXCHANGE;
17  ADVANCED MICROTHERM, INC.; HVAC
    SALES, INC.; JOHN KARAMANOS; AND   Complaint Filed: 12/17/07
18  DOES 1 through 10,

19            Defendants.

20

21                       I.    EX PARTE MOTION

22       Pursuant to Civil Local Rule 7-10 and Federal Rule of Civil Procedure 6, Plaintiff Atlantic

23  Mutual Insurance Company ("Atlantic Mutual") hereby requests that the Further Settlement

24  Conference (Dkt. #40, 41) and Order to Show Cause (Dkt. #42), currently set for May 23, 2008, be

25  continued to June 20, 2008. A copy of this motion will be forwarded to Magistrate Judge Lloyd, who

26  was appointed as the Settlement Conference Judge. This motion is being filed ex parte because

27  Atlantic Mutual's counsel Gary Selvin is currently in trial and cannot make a personal appearance on

28  May 23 as ordered by Judge Lloyd.

                                              1

## II. POINTS AND AUTHORITIES

Ex parte motions may be granted where there is a true emergency or if the relief requested is "ministerial." Such motions are subject to scrutiny if the moving party is requesting to "go to the head of the line" or if opposing counsel is unaware of the facts causing the party to file an ex parte motion. *In re Intermagnetics America, Inc.*, 101 B.R. 191 (C.D. Ca. 1989). Here, Atlantic Mutual is requesting only that a Settlement Conference be continued because counsel is in currently in trial. The actual schedule in that trial was determined only recently, and counsel has spoken with Defendant's attorney regarding this ex parte motion.

## III. DECLARATION IN SUPPORT

I, Mark E. Inbody, declare:

1. I am an attorney at law, licensed to practice before all Courts of the State of California, and the United States District Court for the Northern District of California.

2. I am an associate at Selvin Wraith Halman LLP, attorneys for plaintiff, Atlantic Mutual Insurance Company ("Atlantic Mutual") in this matter and will be trying this matter with Gary Selvin, Esq.

3. I have personal knowledge of the matters stated herein, and I am competent to testify thereto, unless otherwise stated.

4. The parties conducted a Settlement Conference with Magistrate Judge Lloyd on Thursday, May 8, 2008. At the end of that Conference, Judge Lloyd provided three possible dates for a Further Settlement Conference. I selected May 23 because that appeared to be least likely of the three to present a conflict with Mr. Selvin's trial schedule, and because it would allow for the most time for the parties to continue settlement negotiations.

5. Mr. Selvin is currently in trial in Los Angeles County Superior Court. He is scheduled to argue motions in limine today (May 19), and to begin jury selection on Thursday, May 22.

6. I spoke with Norman S. Wright Mechanical Corporation's personal counsel, Janette Leonidou, today. She expressed willingness to continue the Settlement Conference to June 20 as long as all of Wright's deadlines were extended beyond June 20. I agreed to that condition on behalf of Atlantic Mutual.

7.   It is my belief that Magistrate Judge Lloyd attempted to reach me by telephone today, but I have not spoken with him as of the filing of this ex parte motion.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 19th day of May, 2008, at Oakland, California.

By: *(signature)*
Mark E. Inbody

52389.doc

Proof of service page.

| Re: | Atlantic Mutual Insurance Company v. Norman S. Wright Mechanical, et al. |
|---|---|
| Court: | U.S.D.C. - Northern District of California - San Jose Division |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On May 19, 2008, I served the following document(s):

**EX PARTE MOTION TO CONTINUE SETTLEMENT CONFERENCE; DECLARATION OF MARK E. INBODY IN SUPPORT; [PROPOSED] ORDER RE EX PARTE MOTION TO CONTINUE FURTHER SETTLEMENT CONFERENCE AND ORDER TO SHOW CAUSE**

**By FACSIMILE:** By having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m. The transmission was reported as complete without error by a report issued by the transmitting facsimile machine. A true and correct copy of the transmission report is attached hereto.

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. Jon S. Brick<br>Greco Traficante Schulz & Brick<br>185 West 'F' Street, Suite 400<br>San Diego, CA 92101<br>Telephone No.:  (619) 234-3660<br>Fax No.:  (619) 234-0626<br>Email: jsb@gtlaw.cc | Attorneys for Defendant:<br>NORMAN S. WRIGHT MECHANICAL CORPORATION |
| Ms. Janette G. Leonidou<br>Leonidou & Rosin Professional Corporation<br>777 Cuesta Drive, Suite 200<br>Mountain View, CA 94040<br>Telephone No.:  (650) 691-2888<br>Fax No.:  (650) 691-2889<br>Email: lkopittke@alr-law.com | Attorneys for Defendant: |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 19, 2008

*/s/ Laura B. Sanchez*
Laura L. Sanchez

1

Case No.: 5:07-cv-06365 JW