1    Gary R. Selvin, State Bar No. 112030
     Mark E. Inbody, State Bar No. 180862
2    SELVIN WRAITH HALMAN LLP
     505 14th Street, Suite 1200
3    Oakland, CA 94612
     Telephone:    (510) 874-1811
4    Facsimile:    (510) 465-8976
     E-mail:  gselvin@selvinwraith.com
5            minbody@selvinwraith.com

6    Attorneys for Plaintiff
     Atlantic Mutual Insurance Company

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12    ATLANTIC MUTUAL INSURANCE        CASE NO.:  5:07-cv-06365 JW
     COMPANY,
13                          **[PROPOSED] ORDER RE EX PARTE**
           Plaintiff,                **MOTION TO CONTINUE FURTHER**
14                          **SETTLEMENT CONFERENCE AND**
           v.                         **ORDER TO SHOW CAUSE**
15
     NORMAN S. WRIGHT MECHANICAL
16    EQUIPMENT CORPORATION; RICHARD
     LEAO; TRUCK INSURANCE EXCHANGE;
17    ADVANCED MICROTHERM, INC.; HVAC
     SALES, INC.; JOHN KARAMANOS; AND
18    DOES 1 through 10,            Complaint Filed:  12/17/07

19            Defendants.

20

21        The Court hereby continues the Further Settlement Conference (Dkt. #40, 41) and Order to

22    Show Cause (Dkt. #42) set for Friday, May 23, 2008 to June 20, 2008 at 9:30 a.m.

23

24    Dated:

25

26                             DISTRICT COURT JUDGE

27    52379.doc

28

                                   1