Gary R. Selvin, State Bar No. 112030
Mark E. Inbody, State Bar No. 180862
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         minbody@selvinwraith.com

Attorneys for Plaintiff
Atlantic Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO.: 5:07-cv-06365 JW<br><br>**STIPULATION RE FURTHER SETTLEMENT CONFERENCE AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: 12/17/07 |

### STIPULATION

The parties hereto, by and through their respective counsel of record, recite and stipulate to the following:

1.　Magistrate Judge Lloyd, as the Settlement Conference Judge, suggested five possible dates for a continuance of the Further Settlement Conference and Order to Show Cause, currently set for May 23, 2008.

2.　The parties are available June 18, 2008 for the Further Settlement Conference.

3.　Counsel believe that it is in the best interests of the Court and the parties for the pending

1

STIPULATION RE FURTHER SETTLEMENT CONFERENCE AND INITIAL CASE
MANAGEMENT CONFERENCE                                         CASE NO.: 5:07-cv-06365 JW

1  Initial Case Management Conference, currently set for June 16, 2008, to be continued beyond the
2  agreed date of the Further Settlement Conference.
3  4.   In light of the above, the parties respectfully stipulate to and request that this Court order that
4  the pending Further Settlement Conference (Dkt. #40, 41) and Order to Show Cause (Dkt. #42) be
5  vacated and re-set for June 18, 2008.
6  5.   The parties further stipulate to and request that this Court order that the pending Initial Case
7  Management Conference (Dkt. #38) be vacated and re-set for June 30, 2008, with a Supplemental
8  Joint Statement and Proposed Schedule to be submitted by June 23, 2008.
9  6.   This stipulation may be executed in counterpart.
10       IT IS SO STIPULATED.

12  Dated: 05.22.2008              SELVIN WRAITH HALMAN LLP

14                                  By: _____
                                    Gary R. Selvin
15                                  Mark E. Inbody
                                    Attorneys for Plaintiff
16                                  Atlantic Mutual Insurance Company

18  Dated: May 22, 2008             GRECO TRAFICANTE SCHULZ & BRICK

20                                  By: _____
                                    Jon R. Brick
21                                  Attorneys for Defendant
                                    Norman S. Wright Mechanical Equipment Corp.

## **ORDER**

Pursuant to the stipulation executed by counsel to the parties in this action, IT IS HEREBY ORDERED that the pending the pending Further Settlement Conference (Dkt. #40, 41) and Order to Show Cause (Dkt. #42) are vacated and re-set for June 18, 2008. IT IS FURTHER ORDERED that the pending Initial Case Management Conference (Dkt. #38) is vacated and re-set for June 30, 2008, with a Supplemental Joint Statement and Proposed Schedule to be submitted by June 23, 2008

DATED: _____    _____

JUDGE OF THE DISTRICT COURT

Doc. #52469