**\*E-FILED 5/23/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>          Plaintiff,<br>  v.<br><br>NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION, et al.,<br><br>          Defendants. | No. C07-06365 JW (HRL)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE AND SHOW CAUSE HEARING**<br><br>**[Re: Docket No. 43]** |

      Plaintiff requests that the May 23, 2008 further settlement conference and show cause hearing be continued. This court is informed that all parties are available on June 18, 2008. Accordingly, IT IS ORDERED THAT the further settlement conference and the hearing on this court's Order to Show Cause is **continued to June 18, 2008, 9:30 a.m.** in Courtroom 2. This court's orders concerning these proceedings (Docket Nos. 41 and 42) otherwise remain in effect.

Dated:   May 23, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-6365 Notice has been electronically mailed to:**

Jon Steven Brick   jsb@gtlaw.cc, kb@gtlaw.cc

Mark Eric Inbody   minbody@selvinwraith.com, lsanchez@selvinwraith.com

Gary Robert Selvin   gselvin@selvinwraith.com, kshahin@selvinwraith.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

2