Gary R. Selvin, State Bar No. 112030
Mark E. Inbody, State Bar No. 180862
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         minbody@selvinwraith.com

Attorneys for Plaintiff
Atlantic Mutual Insurance Company

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10,<br><br>Defendants. | CASE NO.: 5:07-cv-06365 JW<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

The parties hereto, by and through their respective counsel of record, recite and stipulate to the following:

1. Magistrate Judge Lloyd, as the Settlement Conference Judge, suggested five possible dates for a continuance of the Further Settlement Conference and Order to Show Cause, currently set for May 23, 2008.

2. The parties are available June 18, 2008 for the Further Settlement Conference.

3. Counsel believe that it is in the best interests of the Court and the parties for the pending

1

STIPULATION RE FURTHER SETTLEMENT CONFERENCE AND INITIAL CASE
MANAGEMENT CONFERENCE                                              CASE NO.: 5:07-cv-06365 JW

1. Initial Case Management Conference, currently set for June 16, 2008, to be continued beyond the agreed date of the Further Settlement Conference.

4. In light of the above, the parties respectfully stipulate to and request that this Court order that the pending Further Settlement Conference (Dkt. #40, 41) and Order to Show Cause (Dkt. #42) be vacated and re-set for June 18, 2008.

5. The parties further stipulate to and request that this Court order that the pending Initial Case Management Conference (Dkt. #38) be vacated and re-set for June 30, 2008, with a Supplemental Joint Statement and Proposed Schedule to be submitted by June 23, 2008.

6. This stipulation may be executed in counterpart.

IT IS SO STIPULATED.

Dated: 05.22.2008

SELVIN WRAITH HALMAN LLP

By: _____
Gary R. Selvin
Mark E. Inbody
Attorneys for Plaintiff
Atlantic Mutual Insurance Company

Dated: May 22, 2008

GRECO TRAFICANTE SCHULZ & BRICK

By: _____
Jon R. Brick
Attorneys for Defendant
Norman S. Wright Mechanical Equipment Corp.

## ORDER

Pursuant to the stipulation executed by counsel to the parties in this action, IT IS HEREBY ORDERED that the pending Initial Case Management Conference currently set for June 16, 2008 is continued to **June 30, 2008 at 10 a.m.** to accommodate the parties' settlement efforts. On or before **June 20, 2008**, the parties shall file a Joint Case Management Statement updating the Court on the parties' settlement efforts. The Joint Statement shall also include a good faith discovery plan, including a date for the close of all discovery.

The conference before Judge Lloyd as set by his May 23, 2008 is unchanged by this Order.

DATED: _____May 28, 2008__            _____*James Ware*_____
                                            JUDGE OF THE DISTRICT COURT

Doc. #52469