UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD   UNITED STATES MAGISTRATE JUDGE          CT. #2

DATE: June 18, 2008                    CASE No.   C07-06365JW

CASE TITLE: Atlantic Mutual Insurance Company v. Norman Wright Mechanical Equipment Corporation, et. al.

Courtroom Deputy: P. Cromwell          ERO:     FTR

APPEARANCES

For Plaintiff(s):                                  For Defendant(s):

  Gary Selvin and Mark Inbody                       Jon Brick and Janette Leonidou

  Also present: Carl Smith

☒   Settlement Conference Held.  Case settled. Terms are confidential.

☐   Settlement Conference Held.  Case did not settle.

☐   Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers

Judge:                                                          Hours: 2.5