UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   June 18, 2008                                          Time in Court: 5 minutes
Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Atlantic Mutual Insurance Company v. Norman Wright Mechanical Equipment Corporation ,et .al.
**CASE NUMBER**: C07-06365JW
Plaintiff Attorney present: Gary Selvin and Mark Inbody
Defendant Attorney present: Jon Brick and Janette Leonidou

**PROCEEDINGS: Order to Show Cause re Failure to Appear**

Court imposes sanctions against Gary Selvin in the amount of $500.00 to be paid forthwith.