1  Gary R. Selvin, State Bar No. 112030
   Mark E. Inbody, State Bar No. 180862
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           minbody@selvinwraith.com

6  Attorneys for Plaintiff
   Atlantic Mutual Insurance Company
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | ATLANTIC MUTUAL INSURANCE COMPANY, | CASE NO.: 5:07-cv-06365 JW |
|---|---|
| Plaintiff, | **JOINT STATEMENT RE INITIAL CASE MANAGEMENT CONFERENCE AND RE SETTLEMENT** |
| v. | |
| NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10, | Complaint Filed: 12/17/07 |
| Defendants. | |

22     Pursuant to the Stipulation and Order Continuing Initial Case Management Conference (Dkt.
23 #47), the parties hereby inform the Court that a confidential settlement was reached at the Settlement
24 Conference with Magistrate Judge Lloyd on June 18, 2008. (Dkt. #48.) The terms of the settlement
25 were placed on the Court's record.
26     Because the parties have reached a settlement, they jointly request that the Court vacate the
27 Initial Case Management Conference, currently set for June 30, 2008. The parties believe that a
28 Proposed Schedule is unnecessary in light of the settlement, and therefore request that the Court set a

                                          1
**JOINT STATEMENT RE INITIAL CASE MANAGEMENT CONFERENCE AND RE SETTLEMENT**
                                                      CASE NO.: 5:07-cv-06365 JW

Status Conference for July 30, 2008 to confirm that the settlement is final and the action may be dismissed.

Dated: June 20, 2008                SELVIN WRAITH HALMAN LLP

By: _____
Gary R. Selvin
Mark E. Inbody
Attorneys for Plaintiff
Atlantic Mutual Insurance Company

Dated: June 20, 2008                GRECO TRAFICANTE SCHULZ & BRICK

By: _____
John S. Brick
Attorneys for Defendant
Norman S. Wright Mechanical Equipment Corp.

## ORDER

Because this action has settled, IT IS HEREBY ORDERED that the pending Initial Case Management Conference set for June 30, 2008 is vacated. The submission of a Supplemental Joint Statement and Proposed Schedule on June 23, 2008 is also vacated. The Court orders a Status Conference set for _____, 2008 at _____.

DATED: _____       _____
                                      JUDGE OF THE DISTRICT COURT

Doc #53315

2
JOINT STATEMENT RE INITIAL CASE MANAGEMENT CONFERENCE AND RE SETTLEMENT
CASE NO.: 5:07-cv-06365 JW

| Re: | Atlantic Mutual Insurance Company v. Norman S. Wright Mechanical, et al. |
|---|---|
| Court: | U.S.D.C. - Northern District of California - San Jose Division |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On June 20, 2008, I served the following document(s):

**JOINT STATEMENT RE INITIAL CASE MANAGEMENT CONFERENCE AND RE SETTLEMENT**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Jon S. Brick  
Greco Traficante Schulz & Brick  
185 West 'F' Street, Suite 400  
San Diego, CA 92101  
Telephone No.: (619) 234-3660  
Fax No.: (619) 234-0626  
Email: jsb@gtlaw.cc

Attorneys for Defendant:  
NORMAN S. WRIGHT MECHANICAL CORPORATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 20, 2008

Laura L. Sanchez

Case No.: 5:07-cv-06365 JW