

IT IS SO ORDERED AS MODIFIED
Judge James Ware

| | |
|---|---|
| 1 | Gary R. Selvin, State Bar No. 112030 |
| | Mark E. Inbody, State Bar No. 180862 |
| 2 | SELVIN WRAITH HALMAN LLP |
| | 505 14th Street, Suite 1200 |
| 3 | Oakland, CA 94612 |
| | Telephone:   (510) 874-1811 |
| 4 | Facsimile:    (510) 465-8976 |
| | E-mail:  gselvin@selvinwraith.com |
| 5 |           minbody@selvinwraith.com |
| 6 | Attorneys for Plaintiff |
| | Atlantic Mutual Insurance Company |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, | CASE NO.:  5:07-cv-06365 JW |
| Plaintiff, | **JOINT STATEMENT RE INITIAL CASE MANAGEMENT CONFERENCE AND RE SETTLEMENT** |
| v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10, | |
| Defendants. | |

Pursuant to the Stipulation and Order Continuing Initial Case Management Conference (Dkt. #47), the parties hereby inform the Court that a confidential settlement was reached at the Settlement Conference with Magistrate Judge Lloyd on June 18, 2008.  (Dkt. #48.)  The terms of the settlement were placed on the Court's record.

Because the parties have reached a settlement, they jointly request that the Court vacate the Initial Case Management Conference, currently set for June 30, 2008.  The parties believe that a Proposed Schedule is unnecessary in light of the settlement, and therefore request that the Court set a

1
**JOINT STATEMENT RE INITIAL CASE MANAGEMENT CONFERENCE AND RE SETTLEMENT**
**CASE NO.: 5:07-cv-06365 JW**

Status Conference for July 30, 2008 to confirm that the settlement is final and the action may be dismissed.

Dated: June 20, 2008

SELVIN WRAITH HALMAN LLP

By: /s/
Gary R. Selvin
Mark E. Inbody
Attorneys for Plaintiff
Atlantic Mutual Insurance Company

Dated: June 20, 2008

GRECO TRAFICANTE SCHULZ & BRICK

By: /s/
Jon S. Brick
Attorneys for Defendant
Norman S. Wright Mechanical Equipment Corp.

### ORDER

On June 20, 2008, the parties informed the Court that the above-entitled matter has reached a settlement before Judge Lloyd and that the settlement was placed on the record. (See Docket Item Nos. 48, 50.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **August 29, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA on **September 8, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **August 29, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 24, 2008

/s/ James Ware
JAMES WARE
United States District Judge

| Re: | Atlantic Mutual Insurance Company v. Norman S. Wright Mechanical, et al. |
|---|---|
| Court: | U.S.D.C. - Northern District of California - San Jose Division |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On June 20, 2008, I served the following document(s):

**JOINT STATEMENT RE INITIAL CASE MANAGEMENT CONFERENCE AND RE SETTLEMENT**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Jon S. Brick  
Greco Traficante Schulz & Brick  
185 West 'F' Street, Suite 400  
San Diego, CA 92101  
Telephone No.: (619) 234-3660  
Fax No.: (619) 234-0626  
Email: jsb@gtlaw.cc  

Attorneys for Defendant:  
NORMAN S. WRIGHT MECHANICAL CORPORATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 20, 2008

*Laura L. Sanchez* (signature)  
Laura L. Sanchez

Case No.: 5:07-cv-06365 JW