

Selvin · Wraith · Halman LLP

**RECEIVED**

JUL 0 8 2008

**GARY R. SELVIN**
gselvin@selvinwraith.com
Direct Dial: (510) 874-1814

July 3, 2008

Magistrate Howard R. Lloyd
United States District Court, Northern District
Department 2, 5th Floor
280 South 1st Street
San Jose, CA  95113

Re:   Atlantic Mutual Insurance Company v. Norman S. Wright Mechanical Equipment Corp.
U.S.D.C. - Northern District of California - San Jose Division, Case No. 5:07-cv-06365 JW

Dear Magistrate Lloyd:

Enclosed is check number 15995 in the amount of $500, made payable to United States District Court, Northern District, because of sanctions imposed on Document 49 (which is also enclosed).

Very truly yours,

SELVIN WRAITH HALMAN LLP

Kathryn Shahin
Assistant to Gary R. Selvin

GRS/KS

Enclosures

53718.doc

Give to clerk's office

505 14th Street • Suite 1200 • Oakland, California 94612-1419
Tel: 510.874.1811 • Fax: 510.465.8976 • www.selvinwraith.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date: June 18, 2008                                           Time in Court: 5 minutes
Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:** Atlantic Mutual Insurance Company v. Norman Wright Mechanical Equipment Corporation ,et .al.
**CASE NUMBER:** C07-06365JW
Plaintiff Attorney present: Gary Selvin and Mark Inbody
Defendant Attorney present: Jon Brick and Janette Leonidou

---

**PROCEEDINGS: Order to Show Cause re Failure to Appear**

Court imposes sanctions against Gary Selvin in the amount of $500.00 to be paid forthwith.

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003513
Cashier ID: harwellt
Transaction Date: 07/14/2008
Payer Name: Selvin Wraith Halman LLP

SANCTIONS/CONTEMPT FINES
 For: Gary Selvin
 Amount:         $500.00

CHECK
 Check/Money Order Num: 15995
 Amt Tendered:   $500.00

Total Due:       $500.00
Total Tendered:  $500.00
Change Amt:      $0.00

Case # 07-6365-JW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```