1  Gary R. Selvin, State Bar No. 112030
   Mark E. Inbody, State Bar No. 180862
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:  (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           minbody@selvinwraith.com

6  Attorneys for Plaintiff
   Atlantic Mutual Insurance Company
7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | ATLANTIC MUTUAL INSURANCE | CASE NO.: 5:07-cv-06365 JW
   | COMPANY,                  |
13 |                           | **JOINT STATEMENT RE ORDER TO**
   |        Plaintiff,         | **SHOW CAUSE**
14 |                           |
   |   v.                      | Date: September 8, 2008
15 |                           | Time: 9:00 a.m.
   | NORMAN S. WRIGHT MECHANICAL | Dept: 8, Judge James Ware
16 | EQUIPMENT CORPORATION; RICHARD |
   | LEAO; TRUCK INSURANCE EXCHANGE; | Complaint Filed: 12/17/07
17 | ADVANCED MICROTHERM, INC.; HVAC |
   | SALES, INC.; JOHN KARAMANOS; AND |
18 | DOES 1 through 10,        |
   |                           |
19 |        Defendants.        |

20

21     Pursuant to the Court's Order of June 24, 2008 (Dkt. #51) and Federal Rule of Civil

22 Procedure 41(a), the Parties submit the following joint statement "set[ting] forth the status of the

23 activities of the parties for finalizing the settlement and how much additional time is requested to

24 finalize and file the dismissal."

25     Atlantic Mutual provided the attached draft settlement agreement to Norman S. Wright

26 Mechanical Equipment Corporation's personal counsel, Janette Leonidou, on July 9, 2008. Wright

27 provided comments to the draft on August 28. In addition, Richard Leao, a named defendant, is

28 currently on vacation and will return next week. The parties therefore request an additional two

---

1
JOINT STATEMENT RE ORDER TO SHOW CAUSE                          CASE NO.: 5:07-cv-06365 JW

weeks to complete the settlement agreement and file a stipulated dismissal.

Dated: August 28, 2008

SELVIN WRAITH HALMAN LLP

By: _____
Gary R. Selvin
Mark E. Inbody
Attorneys for Plaintiff
Atlantic Mutual Insurance Company

Dated: August 28, 2008

GRECO TRAFICANTE SCHULZ & BRICK

By: _____
Jon S. Brick
Attorneys for Defendant
Norman S. Wright Mechanical Equipment Corp.

55578.doc

JOINT STATEMENT RE ORDER TO SHOW CAUSE    CASE NO.: 5:07-cv-06365 JW

| Re: | Atlantic Mutual Insurance Company v. Norman S. Wright Mechanical, et al. |
|---|---|
| Court: | U.S.D.C. - Northern District of California - San Jose Division |
| Action No. | 5:07-cv-06365 JW |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On August 29, 2008, I served the following document(s):

**JOINT STATEMENT RE ORDER TO SHOW CAUSE**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Jon S. Brick
Greco Traficante Schulz & Brick
185 West 'F' Street, Suite 400
San Diego, CA 92101
Telephone No.: (619) 234-3660
Fax No.: (619) 234-0626
Email: jsb@gtlaw.cc

Attorneys for Defendant:
NORMAN S. WRIGHT MECHANICAL CORPORATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 29, 2008

*/s/ Laura L. Sanchez*
Laura L. Sanchez

---

1

Case No.: 5:07-cv-06365 JW