1  Gary R. Selvin, State Bar No. 112030
   Mark E. Inbody, State Bar No. 180862
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:  (510) 874-1811
4  Facsimile:  (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           minbody@selvinwraith.com

6  Attorneys for Plaintiff
   Atlantic Mutual Insurance Company
7



IT IS SO ORDERED AS MODIFIED
Judge James Ware

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | ATLANTIC MUTUAL INSURANCE         | CASE NO.: 5:07-cv-06365 JW
   | COMPANY,
13 |                                    | **JOINT STATEMENT RE ORDER TO
   |         Plaintiff,                 | SHOW CAUSE ;**
14 |
   |    v.                              | **ORDER CONTINUING HEARING ON
15 |                                    | ORDER TO SHOW CAUSE RE:
   | NORMAN S. WRIGHT MECHANICAL        | SETTLEMENT**
16 | EQUIPMENT CORPORATION; RICHARD
   | LEAO; TRUCK INSURANCE EXCHANGE;
17 | ADVANCED MICROTHERM, INC.; HVAC
   | SALES, INC.; JOHN KARAMANOS; AND
18 | DOES 1 through 10,
   |
19 |         Defendants.

20

21       Pursuant to the Court's Order of June 24, 2008 (Dkt. #51) and Federal Rule of Civil

22  Procedure 41(a), the Parties submit the following joint statement "set[ting] forth the status of the

23  activities of the parties for finalizing the settlement and how much additional time is requested to

24  finalize and file the dismissal."

25       Atlantic Mutual provided the attached draft settlement agreement to Norman S. Wright

26  Mechanical Equipment Corporation's personal counsel, Janette Leonidou, on July 9, 2008. Wright

27  provided comments to the draft on August 28. In addition, Richard Leao, a named defendant, is

28  currently on vacation and will return next week. The parties therefore request an additional two

weeks to complete the settlement agreement and file a stipulated dismissal.

Dated: August 28, 2008         SELVIN WRAITH HALMAN LLP

                               By: _____
                               Gary R. Selvin
                               Mark E. Inbody
                               Attorneys for Plaintiff
                               Atlantic Mutual Insurance Company

Dated: August 28, 2008         GRECO TRAFICANTE SCHULZ & BRICK

                               By: _____
                               Jon S. Brick
                               Attorneys for Defendant
                               Norman S. Wright Mechanical Equipment Corp.

55578.doc

*** **ORDER** ***

In light of the parties' representations, the Court continues the hearing on the Order to Show Cause re: Settlement from September 8, 2008 to **October 6, 2008 at 9 a.m.**

On or before **September 26, 2008**, the parties shall file their Stipulated Dismissal. If no dismissal is on file by that date, the parties shall file a Second Joint Status Report regarding their settlement efforts.

Dated: September 3, 2008       _____
                               JAMES WARE
                               United States District Judge