Gary R. Selvin, State Bar No. 112030
Mark E. Inbody, State Bar No. 180862
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:   gselvin@selvinwraith.com
         minbody@selvinwraith.com

Attorneys for Plaintiff
Atlantic Mutual Insurance Company

**GRANTED**
*[signature]*
Judge James Ware
9/25/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TRUCK INSURANCE EXCHANGE; ADVANCED MICROTHERM, INC.; HVAC SALES, INC.; JOHN KARAMANOS; AND DOES 1 through 10,<br><br>  Defendants. | CASE NO.: 5:07-cv-06365 JW<br><br>**STIPULATION OF DISMISSAL**<br><br>[FRCP 14(a)]<br><br>Complaint Filed: 12/17/07 |

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice. All sides agree to bear their own fees and costs.

Dated: 9/19/08

SELVIN WRAITH HALMAN LLP

By: _____
Gary R. Selvin
Mark E. Inbody
Attorneys for Plaintiff
Atlantic Mutual Insurance Company

1

**STIPULATION OF DISMISSAL**    CASE NO.: 5:07-cv-06365 JW

1 | Dated: 9/18/08                           GRECO TRAFICANTE SCHULZ & BRICK

3 |                                          By: _____
4 |                                              Mr. Jon S. Brick
                                                 Attorneys for Defendant
5 |                                              Norman S. Wright Mechanical Corporation

6 |     IT IS SO ORDERED that Plaintiff's complaint in its entirety be, and is hereby, dismissed with
7 | prejudice, with all sides to bear their own fees and costs.   The Court terminates all pending
8 | deadlines, hearings and motions.  The Clerk shall close this file.
9 | Dated:  September 25, 2008               By: _____
                                                 HONORABLE JAMES WARE
10 |                                              UNITED STATES DISTRICT COURT JUDGE

11 | 56159.doc

---

2

**STIPULATION OF DISMISSAL**                                      CASE NO.: 5:07-cv-06365 JW